IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TREVOR MITCHELL, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JUSTIN JONES, DOC DIRECTOR, ) <br> ) <br> Respondent. ) | No. CIV 06-503-RAW-KEW |

## ORDER AND OPINION
## GRANTING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered March 22, 2010, denying his petition for a writ of habeas corpus. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Under the controlling standard, a petitioner must sho[w] that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockreel*, 537 U.S. 322, 336 (2003) (internal quotes and citations omitted).

After a careful review of the record, the court finds petitioner has made the required showing on the issue of whether a violation of *Brady v. Maryland*, 373 U.S. 83 (1963), denied him a fair trial with respect to his intent to kill the victim. Accordingly, petitioner is granted a certificate of appealability on this claim.

IT IS SO ORDERED this 27 day of April 2010.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE